# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    MICHAEL S. WALTERS, SR.,

        Debtor

_____

MICHAEL S. WALTERS, SR.,

        Movant

    v.

RONDA J. WINNECOUR, Chapter 13 Trustee,
U.S. Trustee's Office, PNC Bank,
American WebLoan, Barclays Bank,
Discover Bank, Mariner Finance, Citibank,
Nissan-Infinit, One Main Financial, Staples CBNA,
Synchrony Bank, The Bank of Missouri,
Santander/Chrysler Capital, Jefferson Capital,
Verizon,

        Respondents

Case 19-24141-CMB
Chapter 13

Related doc: 55

## NOTICE OF HEARING WITH RESPONSE DEADLINE
## ON MOTION OF DEBTOR

TO THE RESPONDENT:

    You are hereby notified that the above Movant seeks an Order affecting your rights and property.

    You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion no later than **APRIL 1, 2021**, i.e., seventeen [17] days after the date of the service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at ***www.pawb.uscourts.gov***. If you fail to timely respond, the Motion may be granted by the Court by default without a Hearing.

    You should take this to your lawyer at once.

    A ***Zoom Video Conference Hearing*** will be held on **APRIL 12, 2021, AT 11:00AM.** before Judge Carlota M. Bohm via the Zoom Video Conference Application ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, you may use the following Meeting ID: 161 4380 0191 For questions regarding the connection, contact Judge Bohm's Chambers at 412-644-4328. All attorneys and Parties may only appear by Zoom and must comply with Chief Judge Bohm's Zoom Procedures, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises, members of the general public should immediately contact Judge Bohm's Chambers to make telephonic arrangements. Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

| | |
|---|---|
| <u>March 15, 2021</u><br>Date of Service |   <u>/s/Christian M. Rieger</u><br>Christian M. Rieger, Esq.-307037<br>2403 Sidney Street<br>Suite 214<br>Pittsburgh, PA 15203<br>(412) 381-8809<br>(412) 381-4594 (fax)<br>criegerlaw@gmail.com |