IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: )<br>MICHAEL S. WALTERS, SR., )<br>**Debtor** )<br> )<br>SANTANDER CONSUMER USA INC. )<br>dba CHRYSLER CAPITAL AS SERVICER )<br>FOR CCAP AUTO LEASE LTD., )<br>**Movant** )<br> )<br>v. )<br> )<br>MICHAEL S. WALTERS, SR., )<br>**Respondent(s)** )<br> )<br>RONDA J. WINNECOUR, )<br>**Trustee** ) | Bankruptcy No. 19-24141-CMB<br><br>Chapter 13<br>   Previous Chapter 7<br><br><br>Related To Document No. 60 and 61<br><br><br>**Response Deadline:  4/5/21**<br><br>**Hearing Date:  4/27/21 at 2:30 PM** |

## CERTIFICATE OF SERVICE

I, ___William E. Craig___, of Morton & Craig LLC, 110 Marter Avenue, Moorestown, NJ 08057, certify that I am more than 18 years of age and that on March 17, 2021, I served by United States mail, first class, postage prepaid, the Notice Of Hearing With Response Deadline and the Motion For Relief From Stay filed in this proceeding on:

| | |
|---|---|
| Michael S. Walters, Sr.<br>P.O. Box 96<br>Ellwood City, PA 16117<br>(Debtor) | Christian M. Rieger, Esq.<br>Law Office of Christian M. Rieger<br>2403 Sidney Street<br>Suite 214<br>Pittsburgh, PA 15203<br>(Attorney For Debtor) |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>(Trustee) | Office of the United States Trustee<br>Liberty Center<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222<br>(U.S. Trustee) |

I certify under penalty of perjury that the foregoing is true and correct.

/s/ William E. Craig
William E. Craig, Esquire
Bar ID# 92329
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856) 866-0100
bcraig@mortoncraig.com