## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

   MICHAEL S. WALTERS, SR.,

       Debtor

_____

MICHAEL S. WALTERS, SR.,

      Movant

    v.

RONDA  J. WINNECOUR, Chapter 13 Trustee,
U.S. Trustee's Office, PNC Bank,
American WebLoan, Barclays Bank,
Discover Bank, Mariner Finance, Citibank,
Nissan-Infinit, One Main Financial, Staples CBNA,
Synchrony Bank, The Bank of Missouri,
Santander/Chrysler Capital, Jefferson Capital,
Verizon,

     Respondents

Case 19-24141-CMB
Chapter 13

Related doc: 55, 57

HRG: 4/12/2021, 11:00AM
Responses: 4/1/2021

### CERTIFICATE OF NO OBJECTION TO
### MOTION TO CONVERT CASE TO CHAPTER 7

   I, the undersigned, hereby certify that, having served or caused to be served, a copy of the Debtor's Motion to Convert Case from Chapter 13 to Chapter 7, proposed Order, and Scheduling Notice on the Respondents as shown on the Certificate of Service filed herein, and as of **April 1, 2021**,  the response/objection due date, that I have received no response except _____n/a_____ .

Method of Service: Mail XX ; Specify if other:

        Respectfully submitted,

          /s/ Christian M. Rieger
        Christian M. Rieger, Esquire
        PA: 307037
        2403 Sidney Street
        Suite 214
        Pittsburgh, PA 15203
        (412) 381-8809
        (412) 381-4594 (fax)
        criegerlaw@gmail.com

DATE: April 2, 2021