IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>MICHAEL S. WALTERS, SR.,<br>**Debtor**<br><br>SANTANDER CONSUMER USA INC.<br>dba CHRYSLER CAPITAL AS SERVICER<br>FOR CCAP AUTO LEASE LTD.,<br>**Movant**<br><br>v.<br><br>MICHAEL S. WALTERS, SR.,<br>**Respondent(s)**<br><br>RONDA J. WINNECOUR,<br>**Trustee** | Bankruptcy No. 19-24141-CMB<br><br>Chapter 13<br>   Previous Chapter 7<br><br>Related To Document No. 60<br><br>**Response Deadline:  4/5/21**<br><br>**Hearing Date:  4/27/21 at 2:30 PM** |

## ENTERED BY DEFAULT

### ORDER OF COURT

AND NOW, this ____8th____ day of ____April____, 2021, it is hereby

**ORDERED** that the Motion For Relief From The Automatic Stay is GRANTED.

Movant Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. is permitted to enforce its rights in the property described as a **2019 Dodge Ram 1500** bearing vehicle identification number  1C6SRFFT1KN755190, to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law, including but not limited to repossession of said property.

FILED
4/8/21 10:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24141-CMB |
| Michael S. Walters, Sr. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 1 of 2 |
| Date Rcvd: Apr 08, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Michael S. Walters, Sr., P.O. Box 96, Ellwood City, PA 16117-0096 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2021         Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Bank  NA bnicholas@kmllawgroup.com |
| Charles O. Zebley, Jr. | COZ@Zeblaw.com  PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Christian M Rieger | on behalf of Debtor Michael S. Walters  Sr. criegerlaw@gmail.com |
| Maria Miksich | on behalf of Creditor PNC Bank  National Association mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Thomas Song | on behalf of Creditor PNC Bank  NA pawb@fedphe.com |

District/off: 0315-2 | User: dsaw | Page 2 of 2
Date Rcvd: Apr 08, 2021 | Form ID: pdf900 | Total Noticed: 1

Thomas Song
    on behalf of Creditor PNC Bank  National Association pawb@fedphe.com

William E. Craig
    on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd.
ecfmail@mortoncraig.com  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 8