# United States Bankruptcy Court
## Western District of Pennsylvania

In re **Michael S Walters, Sr.**    Case No. **19-24141-CMB**
Debtor(s)    Chapter **7**

# RULE 1019 SCHEDULE OF POST PETITION DEBTS AND PROPERTY

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| **-NONE-** | | |

**Schedule of Assets Acquire Post-Petition:**
-NONE-

**Schedule of Executory Contracts and Unexpired Leases Entered Into/Assumed Post-Petition:**
-Chrysler Capital: 2019 Dodge Ram Truck (Note- vehicle had previously been assumed when case was originally filed as Chapter 7; Debtor is now rejecting lease agreement)

# DECLARATION

I, the above named Debtor(s), declare under penalty of perjury that I have read the foregoing Rule 1019 Schedule of Post Petition Debts and that it is true and correct to the best of my information and belief.

Date **April 12, 2021**    Signature **/s/ Michael S Walters, Sr.**
**Michael S Walters, Sr.**
Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.