**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| MICHAEL S. WALTERS, SR. | Case No.:19-24141 |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/24/2019 and confirmed on 02/07/2020. The case was subsequently    (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 10,494.76 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 10,489.76 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 1,193.92 | |
| Trustee Fee | 720.22 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,914.14 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PNC BANK NA<br>Acct: 0017 | 0.00 | 4,379.32 | 0.00 | 4,379.32 |
| PNC BANK NA<br>Acct: 0017 | 4,960.45 | 0.00 | 0.00 | 0.00 |
| | | | | 4,379.32 |
| **Priority** | | | | |
| CHRISTIAN M RIEGER ESQ**<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MICHAEL S. WALTERS, SR.<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| NISSAN-INFINITI LT<br>Acct: 9710 | 0.00 | 0.00 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA INC DBA CF<br>Acct: 6465 | 4,196.30 | 4,196.30 | 0.00 | 4,196.30 |
| CHRISTIAN M RIEGER ESQ**<br>Acct: | 2,865.00 | 1,193.92 | 0.00 | 0.00 |
| MICHAEL S. WALTERS, SR.<br>Acct: | 5.00 | 5.00 | 0.00 | 0.00 |

| 19-24141 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | | |
| | SANTANDER CONSUMER USA INC DBA CH<br>Acct: 6465 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | 4,196.30 |
| Unsecured | | | | | |
| | AMERICAN WEB LOAN++<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | BARCLAYS BANK DELAWARE<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | DISCOVER BANK(*)<br>Acct: 4932 | 5,239.00 | 0.00 | 0.00 | 0.00 |
| | MARINER FINANCE LLC<br>Acct: 5754 | 4,965.60 | 0.00 | 0.00 | 0.00 |
| | MARINER FINANCE LLC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | SYNCHRONY BANK<br>Acct: 8265 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PHELAN HALLINAN DIAMOND & JONES LLF<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | ONE MAIN FINANCIAL(*)<br>Acct: 0648 | 10,277.08 | 0.00 | 0.00 | 0.00 |
| | CITIBANK NA**<br>Acct: 6817 | 292.56 | 0.00 | 0.00 | 0.00 |
| | JEFFERSON CAPITAL SYSTEMS LLC*<br>Acct: 6788 | 1,535.94 | 0.00 | 0.00 | 0.00 |
| | JEFFERSON CAPITAL SYSTEMS LLC*<br>Acct: 8265 | 1,261.19 | 0.00 | 0.00 | 0.00 |
| | CITIBANK NA**<br>Acct: 3478 | 2,072.76 | 0.00 | 0.00 | 0.00 |
| | QUANTUM3 GROUP LLC - AGENT FOR GEN<br>Acct: 1895 | 252.76 | 0.00 | 0.00 | 0.00 |
| | VERIZON BY AMERICAN INFOSOURCE AS<br>Acct: 0001 | 740.06 | 0.00 | 0.00 | 0.00 |
| | KML LAW GROUP PC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | WILLIAM E CRAIG ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

* * * N O N E * * *

| TOTAL PAID TO CREDITORS | 8,575.62 |
|---|---|

```
TOTAL CLAIMED
 PRIORITY              4,196.30
 SECURED               4,960.45
 UNSECURED            26.636.95
```

Date: 04/29/2021                                    /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com