**Form 144**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Michael S. Walters Sr.**
  Debtor(s)

Bankruptcy Case No.: 19−24141−CMB

Chapter: 7
Docket No.: 94

## NOTICE – REMINDER

    Pursuant to *Fed.R.Bankr.P. 5009(b),* notice is hereby given that the above−captioned case will be closed without an Order of Discharge unless a ***Certification of Completion of Instructional Course Concerning Personal Financial Management*** (**Official Form B423**) is filed within the applicable deadline set forth in *Fed.R.Bankr.P. 1007(c).* The deadline is as follows:

    ***CHAPTER 7 CASES − −*** *Fed.R.Bankr.P. 1007(c)* requires an individual debtor in a Chapter 7 case to file a statement regarding completion of a course in personal financial management within **60 days** after the first date set for the meeting of creditors under §341 of the Bankruptcy Code.

Dated: July 19, 2021                                                                                   Michael R. Rhodes, Clerk
                                                                                                                 United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Michael S. Walters, Sr.  
    Debtor

Case No. 19-24141-CMB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: admin      Page 1 of 2  
Date Rcvd: Jul 19, 2021      Form ID: 144      Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael S. Walters, Sr., P.O. Box 96, Ellwood City, PA 16117-0096 |
| tr | + | Charles O. Zebley, Jr., P.O. Box 2124, Uniontown, PA 15401-1724 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2021 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas  
    on behalf of Creditor PNC Bank  NA bnicholas@kmllawgroup.com

Charles O. Zebley, Jr.  
    COZ@Zeblaw.com PA67@ecfcbis.com;Lyndie@Zeblaw.com

Charles O. Zebley, Jr.  
    on behalf of Trustee Charles O. Zebley  Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com

Christian M Rieger  
    on behalf of Debtor Michael S. Walters  Sr. criegerlaw@gmail.com

Maria Miksich  
    on behalf of Creditor PNC Bank  National Association mmiksich@kmllawgroup.com

Office of the United States Trustee  
    ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2 | User: admin | Page 2 of 2
Date Rcvd: Jul 19, 2021 | Form ID: 144 | Total Noticed: 2

Thomas Song
    on behalf of Creditor PNC Bank  National Association pawb@fedphe.com

Thomas Song
    on behalf of Creditor PNC Bank  NA pawb@fedphe.com

William E. Craig
    on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. ecfmail@mortoncraig.com  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 9